**252**

■

**Melvin Leroy TYLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42318.**

Missouri Court of Appeals,
Western District.

July 3, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 31, 1990.

Melvin Leroy Tyler, Jefferson City, pro
se.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and FENNER,
J., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM.

Appellant, Melvin Leroy Tyler, appeals
the denial, following an evidentiary hearing, of his motion for post-conviction relief
under former Rule 27.26.

Judgment affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**John R. HERRELSON, Appellant.**

**No. WD 42270.**

Missouri Court of Appeals,
Western District.

July 3, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 1990.

Gerald M. Handley, Kansas City, for appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City,
for respondent.

Before TURNAGE, P.J., and
LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM.

Defendant appeals his conviction by jury
trial of the felony of manufacturing marijuana and sentence of ten years imprisonment.

Affirmed. Rule 30.25(b).